IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: CURVIS ELLIOT THOMAS  CASE NO: 25-20194

## TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED PLAN FILED 07/28/2025

**NOW INTO COURT,** comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who objects to confirmation of the debtor's plan for the reasons respectfully indicated as follows:

-(a)(6) Feasibility (ability of debtor to pay) - The debtor is in arrears in the amount of $200.00 (2 months) through July 2025 with the August 2025 plan payment due on the 30th.

-(a)(6) Feasibility (ability of debtor to pay) - The debtor needs to amend Schedule J to show feasibility for the increased plan payment beginning in month four (4) per the Amended Plan.

**WHEREFORE,** Trustee prays that a hearing be held and after due proceeding had, the debtor's plan shall not be confirmed; or alternatively the debtor should be required to amend the plan to satisfy the objections herein.

Lafayette, Louisiana this 18th day of August, 2025.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ
STANDING CHAPTER 13 TRUSTEE**

# CERTIFICATE OR SERVICE

I do hereby certify that a copy of the foregoing has been served on the debtor:

CURVIS ELLIOT THOMAS
2106 WALKER DRIVE APT 104
WESTLAKE, LA 70669

and the debtor's attorney:

ROMELZY WILLIS JR
P O BOX 1368
OBERLIN, LA 70655

by placing same in the United States Mail, postage prepaid or by electronic case filing this 18th day of August, 2025.

/s/ Keith A. Rodriguez
**KEITH A. RODRIGUEZ**
**STANDING CHAPTER 13 TRUSTEE**